UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAL LOJEWSKI, SMITH GARCIA, DANIELLE GARCIA, MANUEL ACEVEDO, AND ISAMAR DELACRUZ, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> GROUP SOLAR USA, LLC, SOLAR MOSAIC, INC., SALAL CREDIT UNION AND DANIEL YOMTOBIAN CORP d/b/a SOLAR PROGRAM, <br><br> Defendants. | Civil Action No. 1:22-cv-10816-PAE |

**DEFENDANT SOLAR MOSAIC LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure ("F.R.C.P."), Defendant Solar Mosaic LLC ("Mosaic"),[1] by and through the undersigned counsel, hereby discloses the following parent corporation: Mosaic Sustainable Finance Corporation. There are no publicly held corporations owning 10% or more of Mosaic's stock to disclose. Pursuant to F.R.C.P. 7.1(a)(2), Mosaic states that it is a citizen of California.

---

[1] Solar Mosaic LLC is the successor in interest Solar Mosaic, Inc., the entity erroneously named in Plaintiffs' Complaint.

<table>
<tr><td>

Dated: New York, New York
      February 1, 2023

</td><td>

Respectfully submitted,

By:    */s/ Rachelle Pointdujour*
Rachelle Pointdujour
   *rachelle.pointdujour@troutman.com*
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6000

Kalama M. Lui-Kwan
   *kalama.lui-kwan@troutman.com*
Ryan A. Lewis (*Pro Hac Vice* Forthcoming)
   *ryan.lewis@troutman.com*
TROUTMAN PEPPER HAMILTON SANDERS LLP
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700

Massie P. Cooper (*Pro Hac Vice* Forthcoming)
   *massie.cooper@troutman.com*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1200

   *Attorneys for Defendant Solar Mosaic, LLC*

</td></tr>
</table>