UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAL LOJEWSKI, ET AL.,

                            Plaintiffs,

          -v-

GROUP SOLAR USA, LLC, ET AL.,

                          Defendants.

22 Civ. 10816 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

        The Court held an initial pretrial conference today without a court reporter present. This order is to memorialize several points from this conference not covered in the case management plan, also filed separately today.

        First, plaintiffs' counsel and counsel for defendant Salal Credit Union ("Salal")[1] are to submit a joint letter addressing whether plaintiffs will move for default judgment against thus-far non-appearing defendants Group Solar USA, LLC and Solar Program, and the implications, if any, of such a judgment for the claim to be litigated against Salal. Plaintiffs' counsel is responsible for taking the lead on this letter, which should be submitted no later than **March 5, 2024.**

        Second, the Court set a case management conference for **October 7, 2024 at 2 p.m.** This conference will be held following the planned close of fact discovery but preceding the planned close of expert discovery. The conference will **not** serve as a pre-motion conference and the parties should not file pre-motion letters. Instead, the parties should come prepared at that

---

[1] Also as discussed at the conference today, the Court will assume that defendant Solar Mosaic will not participate in any future conference or deadline absent an indication that such participation is necessary or desired.

conference to provide a status update on the course of discovery to allow the Court to set a schedule for the anticipated motions for class certification and summary judgment and for expert discovery. To this end, the parties should submit, no later than **October 2, 2024**, a joint status letter covering developments through fact discovery, highlighting any issues bearing on the schedule to be set.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 22, 2024
      New York, New York