UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAL LOJEWSKI *et al.*,

                             Plaintiffs,

              -v-

GROUP SOLAR USA, LLC *et al.*,

                             Defendants.

22 Civ. 10816 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The case management conference remains scheduled for Thursday, January 30, 2025 at 10:00 a.m. This conference will be held telephonically. **The Court's dedicated conference line has changed to (855)-244-8681, Access Code 2318-315-0661, followed by the pound (#) key**.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 26, 2024
       New York, New York