UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAL LOJEWSKI, SMITH GARCIA, DANIELLE GARCIA, MANUEL ACEVEDO, ISAMAR DELACRUZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>GROUP SOLAR USA, LLC, SOLAR MOSAIC, INC., SALAL CREDIT UNION, DANIEL YOMTOBIAN CORP D/B/A SOLAR PROGRAM,<br><br>*Defendants*. | Civil Action No.: 1:22-cv-10816-PAE |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS SMITH GARCIA AND DANIELLE GARCIA AND DEFENDANT SOLAR MOSAIC LLC

The undersigned, counsel for Plaintiffs Smith Garcia and Danielle Garcia ("Plaintiffs") and Solar Mosaic LLC[1] ("SMLLC"), hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs dismiss this action with prejudice and without costs as against SMLLC only. The parties shall bear their own costs and fees, including attorneys' fees.

Dated: February 26, 2025

Schlanger Law Group, LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
T: 212-500-6114
F: 646-612-7996
E: dschlanger@consumerprotection.net

*Attorneys for Plaintiffs Smith Garcia and Danielle Garcia*

Troutman Pepper Locke LLP
Three Embarcadero Center, Ste. 800
San Francisco, CA 94111
T: 415.477.5719
E: ryan.lewis@troutman.com

*Attorneys for Defendant Solar Mosaic LLC*

---

[1] Solar Mosaic LLC is the successor in interest to the improperly named defendant Solar Mosaic, Inc.