**SCHLANGER LAW GROUP LLP**

July 18, 2025

**VIA ECF**

Hon. Paul Engelmayer
U.S. District Court - S.D.N.Y.
40 Foley Square, Room 2201
New York, NY 10007

      **Re:**      *Lojewski, et al. v. Group Solar USA, LLC, et al.*
      **Civil Action No.:**    1:22-cv-10816-PAE

Your Honor:

      I write on behalf of all parties to seek extension of the deadline to file a motion for preliminary approval of class settlement and to request that the case management conference currently scheduled in this matter for Thursday, July 24, be adjourned *sine die*.

      Counsel for the parties have now worked through all of the pertinent settlement documents, and are sending the documents to their respective clients for final review and approval. Opposing counsel informs me that he just learned that his contact at Salal Credit Union is out of office until July 24, 2025.

      In light of the foregoing, the parties request that the time to file the motion for preliminary approval extension be extended to August 8, 2025 to file.

      This is a second request for extension. The deadline for filing of the joint motion for preliminary approval was originally set for June 30, 2025 and was previously extended to July 21, 2025. ECF 118. The parties do not anticipate additional requests for extension of this deadline.

      In addition, the parties jointly request that the upcoming case management conference – which was scheduled by the Court just prior to the parties' filing of a Notice of Settlement-In-Principle (see ECF 111 and 112), be adjourned *sine die* in light of the parties' settlement of this matter.

      The parties thank the Court for its consideration of these scheduling requests.

                                    Respectfully,

                                    */s/Daniel A. Schlanger*
                                    Daniel A. Schlanger

cc: all counsel of record

New York City:
60 East 42nd Street, 46th Floor
New York, NY 10165

Rochester, NY:
150 Allens Creek Road, Suite 240
Rochester, NY 14618

T. 212.500.6114
F. 646.612.7996
E. dschlanger@consumerprotection.net

*Please use our ROCHESTER address for all hard copy correspondence.*

GRANTED.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: July 22, 2025