# SCHLANGER LAW GROUP LLP

August 6, 2025

**VIA ECF**

Hon. Paul Engelmayer
U.S. District Judge
U.S. District Court - S.D.N.Y.
40 Foley Square
New York, NY 10007

    **Re:**    *Lojewski, et al. v. Group Solar USA, INC., et al.*
    **Index:**  1:22-cv-10816-PAE

Your Honor:

    The parties write to jointly request a final 14-day extension of the deadline to file the motion for preliminary approval of the class action settlement they have reached.

    This deadline was originally set for June 30, 2025, and has been extended two times previously. The current deadline is Friday, August 8, 2025.

    The reason for the request is as follows: the parties have finalized and circulated the settlement documents for signature, but due to a version control issue discovered yesterday evening, need to have the documents re-executed. Normally, this would only delay the filing by 2 or so days, but I am leaving for a pre-planned family vacation on August 10 and will be out all of next week. Several other key staff members at my firm will also be out of office. For that reason, the parties respectfully request that the deadline be moved to August 22.

    The parties apologize to the Court for any inconvenience and do not anticipate needing any further extensions.

    Respectfully,

    */s/Daniel A. Schlanger*

    Daniel A. Schlanger

cc: all counsel of record

GRANTED.

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: August 6, 2025
New York, New York

New York City:
60 East 42nd Street, 46th Floor
New York, NY 10165

Rochester, NY:
150 Allens Creek Road, Suite 240
Rochester, NY 14618

T. 212.500.6114
F. 646.612.7996
E. dschlanger@consumerprotection.net

*Please use our ROCHESTER address for all hard copy correspondence.*