UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAL LOJEWSKI, SMITH GARCIA, DANIELLE GARCIA, MANUEL ACEVEDO, and ISAMAR DELACRUZ, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>GROUP SOLAR USA, LLC, SOLAR MOSAIC, INC., SALAL CREDIT UNION, and DANIEL YOMTOBIAN CORP D/B/A SOLAR PROGRAM,<br><br>*Defendants*. | Civil Action No.: 1:22-cv-10816-PAE<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Daniel A. Schlanger dated August 22, 2025, and all other supporting papers, Plaintiff Rafal Lojewski will move this Court, before the Honorable Paul Engelmayer, at the United States District Court, 500 Pearl Street, New York, NY 10007, for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement. The proposed class-wide settlement agreement and all exhibits are being submitted contemporaneously with this motion.

RESPECTFULLY SUBMITTED AND DATED this 29th day of August, 2025.

/s/Daniel A. Schlanger
Daniel A. Schlanger
Schlanger Law Group, LLP
150 Allens Creek Road, Suite 240
Rochester, NY 14618
T: 212-500-6114
F: 646-612-7996
E: dschlanger@consumerprotection.net
*Counsel for Plaintiff Rafal Lojewski and the Putative Class*