UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAL LOJEWSKI,

                      Plaintiff,

      -v-

GROUP SOLAR USA, LLC *et al.*,

                      Defendants.

22 Civ. 10816 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

    The final settlement approval hearing in this case is scheduled for February 12, 2026 at 11 a.m. The Court has received class counsel's motion for attorneys' fees, Dkts. 136–38, and motion for final approval of the class action settlement, Dkts. 139–41. The Court has not, however, received any proposed final approval order. Accordingly, counsel are directed to file such a proposed order on the docket of this case by **February 10, 2026**.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: February 6, 2026
         New York, New York