UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RAFAL LOJEWSKI,<br><br>                                   Plaintiff,<br><br>          -v-<br><br>GROUP SOLAR USA, LLC *et al.*,<br><br>                                   Defendants. | 22 Civ. 10816 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

In advance of the final settlement approval hearing on Thursday, February 12, 2026, the Court seeks clarification as to the following points:

- **Net Settlement Fund Amount:** Class counsel's declaration in support of the fees and costs motion states that the net settlement fund is approximately **$256,404.75**. Dkt. 138 ("Schlanger Decl.") ¶ 9. The final settlement approval motion, however, states that the net settlement fund is approximately **$256,654.75**. Dkt. 141 ("Final Approval Mot.") at 2. Please clarify which is accurate.

- **Class Counsel's Expenses:** Class counsel's declaration in support of the fees and costs motion states that they seek costs of **$4,636.92**. Schlanger Decl.

¶ 49. The related memorandum of law, however, states that costs total

**$4,636.06**. Dkt. 137 ("Fees Mot.") at 16. Please clarify which is accurate.

Class counsel is directed to file a letter response on the docket by **February 10, 2026 at**

**5 p.m.**

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 9, 2026
New York, New York