UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAL LOJEWSKI,

Plaintiff,

-v-

GROUP SOLAR USA, LLC *et al.*,

Defendants.

22 Civ. 10816 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's final settlement approval hearing, all claims in this action are dismissed with prejudice. The Clerk of Court is respectfully directed to terminate all pending motions and close this case.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 12, 2026
New York, New York